

# Fourth Court of Appeals
## San Antonio, Texas

September 10, 2018

No. 04-16-00831-CV

**WONG GROCERY CO., LLC**,
Appellant

v.

Patrick **LAMBKIN**, Felipe Valdez dba Raw Happiness Juice Bar,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-10644
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

On August 9, 2018, the appellee filed a motion for en banc reconsideration. The Court requests that the appellant file a response on or before October 1, 2018. *See* TEX. R. APP. P. 49.2.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court